1  Wendy M. Krincek, Esq.
   Nevada Bar No. 6417
2  Taylor A. Buono, Esq.
   Nevada Bar No. 15513
3  LITTLER MENDELSON, P.C.
   8474 Rozita Lee Avenue
4  Suite 200
   Las Vegas, NV 89113.4770
5  Telephone:    702.862.8800
   Fax No.:       702.862.8811
6  wkrincek@littler.com
   tbuono@littler.com
7
   Attorneys for Defendants
8  AMAZON.COM SERVICES LLC and
   AMAZON.COM, INC.
9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SILVIA URIBE, an individual, | Case No. 2:25-cv-01000-MMD-BNW |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; AMAZON.COM, INC., a Delaware Corporation, | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff SILVIA URIBE ("Plaintiff") and Defendants AMAZON.COM SERVICES LLC, and AMAZON.COM, INC. ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint from the current deadline of July 1, 2025, up to and including **July 15, 2025.**

The requested extension is necessary in light of the fact that Defendants' counsel was recently retained.  The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

1    This is the first request for an extension of time to respond to the Complaint. This request is

2    made in good faith and not for the purpose of delay.

3

4    Dated: June 20, 2025                                    Dated: June 20, 2025

     Respectfully submitted,                                Respectfully submitted,

5

6

7    /s/ Marian L. Massey                                   /s/ Taylor A. Buono
     Jemma E. Dunn, Esq.                                    Wendy M. Krincek, Esq.
8    Matthew T. Hale, Esq.                                  Taylor A. Buono, Esq.
     Marian L. Massey, Esq.                                 LITTLER MENDELSON, P.C.
     GREENBERG GROSS LLP
9                                                           Attorney for Defendants
     Attorneys for Plaintiff                                AMAZON.COM SERVICES LLC and
10   SILVIA URIBE                                           AMAZON.COM, INC.

11

12                                                          **IT IS SO ORDERED.**

13                                                          Dated: June 23, 2025

14

15

16                                                          _____

17                                                          UNITED STATES MAGISTRATE JUDGE

18

19

20   4910-1536-3151.1 / 114766.1000

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

2