Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Taylor A. Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:     702.862.8800
Fax No.:       702.862.8811
wkrincek@littler.com
tbuono@littler.com

Attorneys for Defendants
AMAZON.COM SERVICES LLC and
AMAZON.COM, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SILVIA URIBE, an individual, | Case No. 2:25-cv-01000-MMD-BNW |
| Plaintiff, | **STIPULATION AND [ORDER] TO EXTEND DISCOVERY DEADLINES [FIRST REQUEST]** |
| v. | |
| AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; AMAZON.COM, INC., a Delaware Corporation, | |
| Defendants. | |

Plaintiff Silvia Uribe and Defendant Amazon.Com Services LLC and Amazon.com, Inc., through their respective counsel, hereby stipulate to amend the Scheduling Order, (ECF No. 12), by extending the outstanding discovery deadlines for a period of ninety (90) days under LR IA 6-1, 6-2, and LR 26-3.

This is the first request for an extension to the Scheduling Order in this matter.  The requested extension is sought in good faith and not for purposes of undue delay.  This request is timely under LR 26-3 as it is submitted at least twenty-one (21) days or more before each discovery deadline set

forth below.

## **DISCOVERY COMPLETED TO DATE**

The Parties have exchanged the following discovery:

- Plaintiff served her initial disclosures on August 26, 2025.

- Defendant served its initial disclosures on August 26, 2025.

- On September 8, 2025, Defendant served its First Set of Interrogatories and Requests for Production to Plaintiff. Plaintiff responded to these written discovery requests on October 29, 2025. Plaintiff also served supplemental disclosures. Defendant has engaged in meet-and-confer efforts with Plaintiff concerning her responses to the First Set of Interrogatories and Requests for Production. Plaintiff has agreed to supplement her responses by December 17, 2025.

- On November 5, 2025, Plaintiff served her First Set of Interrogatories and Requests for Production to Defendant. Pursuant to an agreement among counsel, Defendant's responses are due on December 19, 2025.

- Defendant has issued subpoenas to Plaintiff's current and former employers and healthcare providers. To date, the subpoena responses are outstanding.

- On November 26, 2025, Plaintiff served a Notice of Deposition of George Sandoval, a Subpoena Duces Tecum to George Sandoval, and a Notice of Deposition of 30(b)(6) Representative for Amazon.com Services LLC.

- On December 3, 2025, Plaintiff served an Amended Notice of the deposition of George Sandoval, setting the deposition for January 6, 2026.

- On December 9, 2025, Plaintiff served an Amended Notice of the 30(b)(6) deposition of Defendant, setting the deposition for January 7, 2026.

The Parties have been diligent in their efforts to conduct written discovery and are continuing to supplement disclosures and discovery responses in accordance with the Federal Rules of Civil Procedure and as part of meet and confer efforts of the parties.

1

## DISCOVERY THAT REMAINS TO BE COMPLETED

2       Plaintiff has scheduled the depositions of the following witnesses: (1) Defendants' FRCP

3  30(b)(6) witness(es), (2) George Sandoval. It is Defendant's position that meet and confer efforts will

4  be necessary concerning FRCP 30(b)(6) deposition topics. Once Plaintiff receives Defendant's

5  responses to written discovery, additional discovery may be necessary including but not limited to:

6  additional depositions, additional written discovery, subpoenas, and/or expert discovery. In order to

7  have sufficient time to issue notices, serve subpoenas, and receive records, Plaintiff submits that an

8  extension of time is necessary.

9       Defendant intends to conduct Plaintiff's deposition. It is Defendant's position that it is not able

10  to meaningfully conduct Plaintiff's deposition until it receives responses to all outstanding subpoenas,

11  including subpoenas for healthcare records. As part of the meet and confer efforts, Plaintiff agreed to

12  provide HIPAA authorizations for additional healthcare providers so Defendant may request these

13  records, and Defendant agreed to execute a Stipulated Protective Order or confidentiality agreement

14  to maintain the confidentiality of Plaintiff's personal healthcare and financial records. These records

15  are relevant to Plaintiff's claims under the ADA. Plaintiff has not yet provided the authorizations, and

16  Defendant anticipates Plaintiff will respond by December 17, 2025. In order to have sufficient time to

17  issue notices, serve subpoenas, and receive records, Defendant submits that an extension of time is

18  necessary.

19

## REASONS FOR EXTENSION TO COMPLETE DISCOVERY

20       This extension is necessary to allow all parties sufficient time to obtain the remaining

21  outstanding documents, complete discovery responses and further meet and confer efforts, if

22  necessary, and conduct depositions of the witnesses identified above. The Parties have been diligent

23  in communicating with each other in order to schedule depositions, complete written discovery, and

24  engage in meaningful meet and confer efforts. Due to the holidays and other extenuating circumstances

25  of counsel, including illness and family emergencies, the parties will not be able to complete all meet

26  and confer efforts or schedule the depositions prior to the discovery deadline. Accordingly, the parties

27  believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the

28

requested extended deadline. Good cause exists to extend all deadlines in order to permit the parties to achieve their respective stated discovery goals.

### PROPOSED SCHEDULE FOR COMPLETING REMAINING DEADLINES

|  | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | Expired | **Expired** |
| Initial Expert Disclosures | Expired | **Expired** |
| Rebuttal Expert Disclosures | Expired | **Expired** |
| Discovery Cut-Off | January 12, 2026 | **April 13, 2026 (the 90th day falls on a Sunday)** |
| Dispositive Motions | February 11, 2026 | **May 12, 2026** |
| Pretrial Order | March 13, 2026 | **June 11, 2026 (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.)** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4

## EXTENSIONS OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

In accordance with Local Rule 26-3, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

Dated: December 11, 2025

GREENBERG GROSS LLP


*/s/ Marian L. Massey*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.

Attorney for Plaintiff
SILVIA URIBE

Dated: December 11, 2025

LITTLER MENDELSON, P.C.


*/s/ Taylor A. Buono*
Wendy M. Krincek, Esq.
Taylor A. Buono, Esq.

Attorneys for Defendants
AMAZON.COM SERVICES LLC and
AMAZON.COM, INC.

**IT IS SO ORDERED.**


Dated:  December 12, 2025


_____
UNITED STATES MAGISTRATE JUDGE

5