Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Taylor A. Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
wkrincek@littler.com
tbuono@littler.com

Attorneys for Defendants
AMAZON.COM SERVICES LLC and
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SILVIA URIBE, an individual,

        Plaintiff,

       v.

AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; AMAZON.COM, INC., a Delaware Corporation,

        Defendants.

Case No. 2:25-cv-01000-MMD-BNW

**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTIONS TO COMPEL**

**[FIRST REQUEST]**

       Plaintiff Silvia Uribe and Defendants Amazon.com Services LLC and Amazon.com, Inc. hereby agree and stipulate to extend the time for Defendants to file a response Plaintiff's Motions to Compel (ECF #23 and #24) from the current deadline of May 12, 2026, up to and including **May 19, 2026.**

       This is the first request for an extension of time to respond to the Motions to Compel.  The requested extension is necessary due to a death in the family of defendants' counsel and the need for additional time to complete review and prepare an appropriate response.

/ / /

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

This stipulation is made in good faith and not for the purpose of delay.

Dated:  May 11, 2026                                    Dated: May 11, 2026

GREENBERG GROSS LLP                        LITTLER MENDELSON, P.C.


*/s/ Marian L. Massey*                               */s/ Taylor A. Buono*
Jemma E. Dunn, Esq.                               Wendy M. Krincek, Esq.
Matthew T. Hale, Esq.                             Taylor A. Buono, Esq.
Marian L. Massey, Esq.

                                                           Attorneys for Defendants
Attorney for Plaintiff                             AMAZON.COM SERVICES LLC and
SILVIA URIBE                                        AMAZON.COM, INC.


                                                           **IT IS SO ORDERED.**



                                                           Dated: __May 12, 2026_____


                                                           _____
                                                           UNITED STATES MAGISTRATE JUDGE

4927-4484-0362.1 / 114766.1298

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800