Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Taylor A. Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:   702.862.8811
wkrincek@littler.com
tbuono@littler.com

Attorneys for Defendants
AMAZON.COM SERVICES LLC and
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SILVIA URIBE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; AMAZON.COM, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:25-cv-01000-MMD-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON MOTIONS TO COMPEL**<br><br>**[FIRST REQUEST]** |

Plaintiff Silvia Uribe and Defendants Amazon.com Services LLC and Amazon.com, Inc. hereby agree and stipulate to continue the hearing date set on Plaintiff's Motions to Compel (ECF #23 and #24) from June 18, 2026 until the Court's next available date.

Defendant makes this request as on June 16, defense counsel Taylor Buono experienced an unexpected family medical emergency that has required her to help care for a hospitalized family member. Ms. Buono was originally planning to attend the June 18th hearing. Defense counsel Wendy Krincek is unavailable to cover the June 18th hearing due to other work commitments.

Accordingly, this emergency continuance request is necessary. This stipulation is made in

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

good faith and not for the purpose of delay.

Dated:  June 17, 2026

GREENBERG GROSS LLP

/s/ Marian L. Massey
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.

Attorney for Plaintiff
SILVIA URIBE

Dated: June 17, 2026

LITTLER MENDELSON, P.C.

/s/ Taylor A. Buono
Wendy M. Krincek, Esq.
Taylor A. Buono, Esq.

Attorneys for Defendants
AMAZON.COM SERVICES LLC and
AMAZON.COM, INC.

**IT IS SO ORDERED.** The hearing has been continued to 6/24/2026 at 2:00 PM.

Dated:  June 17, 2026

UNITED STATES MAGISTRATE JUDGE

4922-3996-6389.1 / 114766.1298

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

2