JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Silvia Uribe*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SILVIA URIBE, an individual,

Plaintiff,

v.

AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; AMAZON.COM, INC., a Delaware Corporation;

Defendants.

Case No.: 2:25-cv-01000-MMD-BNW

**STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULING ORDER DEADLINES**

**(SIXTH REQUEST)**

Plaintiff Silvia Uribe ("Plaintiff"), by and through her counsel of record, the law firm of Greenberg Gross LLP, and Defendants Amazon.com Services LLC and Amazon.com, Inc. ("Defendants"), by and through their counsel of record, Littler Mendelson, P.C., hereby stipulate and agree to extend the unexpired deadlines in the Scheduling Order (ECF No. 45) for ninety (90) days. This is the parties' sixth request for an extension.

**A. Discovery Completed to Date.**

To date, the parties have exchanged the following discovery:

- On August 26, 2025, Plaintiff served her initial disclosures, and Defendant served its initial disclosures.
- On September 8, 2025, Defendant served its First Set of Interrogatories and Requests for Production to Plaintiff.
- On October 29, 2025, Plaintiff responded to Defendant's First Set of Interrogatories and Requests for Production, and also served supplemental disclosures.
- On November 5, 2025, Plaintiff served her First Set of Interrogatories and Requests for Production to Defendant.
- On November 13, 2025, Plaintiff served her initial Expert Disclosure pursuant to FRCP 26(a)(2).
- On November 14, 2025, Defendant issued subpoenas to Plaintiff's current and former employers and healthcare providers.
- On November 26, 2025, Plaintiff served a Notice of Deposition of George Sandoval, a Subpoena Duces Tecum to George Sandoval, and a Notice of Deposition of FRCP 30(b)(6) Representative for Amazon.com Services LLC.
- On December 3, 2025, Plaintiff served an Amended Notice of Deposition of George Sandoval, setting the deposition for January 6, 2026.
- On December 9, 2025, Plaintiff served an Amended Notice of the FRCP 30(b)(6) Deposition of Defendant, setting the deposition for January 7, 2026.
- On December 16, 2025, Plaintiff provided supplemental responses to Defendant's First Set of Interrogatories and Requests for Production of Documents.
- On December 29, 2025, Defendant advised that the depositions of Mr. Sandoval and the FRCP 30(b)(6) witness would need to be continued.
- On January 5, 2026, Defendant served its responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents.

- On January 14, 2026, Plaintiff provided authorizations to obtain her healthcare records.
- On February 9, 2026, Defendant noticed healthcare subpoenas for Plaintiff's healthcare records.
- On March 5, 2026, Defendant served its First Supplemental Disclosure of Witnesses and Documents.
- On March 5, 2026, Defendant served its Second Set of Interrogatories to Plaintiff.
- On March 9, 2026, Plaintiff served a Second Amended Notice of the FRCP 30(b)(6) Deposition of Defendant, setting the deposition for April 15, 2026.
- On March 19, 2026, Plaintiff served a Second Amended Notice of Deposition of George Sandoval, setting the deposition for April 10, 2026.
- On March 20, 2026, Plaintiff served a deposition subpoena for the deposition of George Sandoval by leaving it with an employee of defense counsel's firm.
- On April 6, 2026, Plaintiff served her responses to Defendant's Second Set of Interrogatories.
- On April 23, 2026, Defendant served its First Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents.
- On April 23, 2026, Plaintiff served her First Set of Requests for Admissions to Defendant.
- On May 4, 2026, Plaintiff served a Third Amended Notice of Amazon's FRCP 30(b)(6) Deposition, setting the deposition for May 26, 2026.
- On May 4, 2026, Plaintiff served a Third Amended Notice of Deposition of George Sandoval and subpoena, setting the deposition for June 24, 2026.
- On May 4, 2026, Plaintiff served a Notice of Deposition of Justin Santos, setting the deposition for June 24, 2026.
- On May 4, 2026, Plaintiff served a Notice of Deposition of Marcella D'Amours, setting the deposition for July 1, 2026.
- On May 8, 2026, Plaintiff served a deposition subpoena for Justin Santos by leaving it with an employee of defense counsel's firm.
- On May 8, 2026, Plaintiff served a deposition subpoena for Marcella D'Amours by leaving

it with an employee of defense counsel's firm.

- On May 26, 2026, Defendant responded to Plaintiff's First Set of Requests for Admissions.
- On May 27, 2026, upon Defendant's request, Plaintiff served a Fourth Amended Notice of Deposition of Amazon's FRCP 30(b)(6) witness, setting the deposition for June 4, 2026.
- On June 3, 2026, Defendant served its Second Supplemental Disclosures of Witnesses and Documents.
- On June 4, 2026, Plaintiff conducted the FRCP 30(b)(6) deposition of Amazon.
- On June 17, 2026, Plaintiff served a notice vacating the deposition of George Sandoval due to inability to serve Mr. Sandoval with a subpoena.
- On July 21, 2026, Plaintiff noticed the depositions of the continued FRCP 30(b)(6) witness, Anna Paul, Marcella D'Amours, Nicholas Dronek, and Eleazar Fernandez.
- On July 22, 2026, Defendant served its First Supplemental Responses to Plaintiff's First Set of Interrogatories.
- On August 5, 2026, Defendant cancelled the depositions of its FRCP 30(b)(6) witness (set for August 11, 2026), Eleazar Fernandez (set for August 13, 2026), Nicholas Dronek (set for August 14, 2026), Marcella D'Amours (set for August 19, 2026), and Anna Paul (set for August 19, 2026).
- On August 10, 2026, Defendant conducted the deposition of Plaintiff Silvia Uribe.
- On August 11, 2026, Plaintiff took a notice of non-appearance for the continued FRCP 30(b)(6) deposition of Defendant.
- On August 11, 2026, Plaintiff served her Second Set of Requests for Production of Documents to Defendant.
- On August 14, 2026, Plaintiff served amended notices of depositions for the following witnesses: (1) Nicholas Dronek for September 8, 2026; (2) Anna Paul for September 9, 2026; (3) Marcella D’Amours for September 9, 2026; (4) the continued FRCP 30(b)(6) deposition of Amazon’s representative for September 14, 2026; and (5) the deposition of Justin Santos for October 6, 2026.

- On August 26, 2026, Plaintiff conducted the deposition of George Sandoval.
- On September 8, 2026, Plaintiff conducted the deposition of Nicholas Dronek.
- On September 9, 2026, Plaintiff served her Second Supplemental Disclosures.
- On September 9, 2026, Plaintiff took a non-appearance for the deposition of Marcella D'Amours with defense counsel present.
- On October 19, 2026, Plaintiff served amended notices of depositions setting the following depositions: (1) Anna Paul on January 6, 2027 at 10:00 a.m.; (2) Marcella D'Amours on January 6, 2027 at 10:00 a.m.; (3) Eleazar Fernandez on January 7, 2027 at 10:00 a.m.; (4) the continued deposition of Amazon's FRCP 30(b)(6) witness on January 13, 2027 at 10:00 a.m.
- On October 29, 2026: Defendant served its Third Supplemental Disclosures of Witnesses and Documents.

**B. Discovery Which Still Needs to Occur.**

Defendants' court-ordered supplemental written discovery responses have been partially supplemented, but remain outstanding. Under the Court's June 24, 2026 order, these include supplemental answers to Interrogatory Nos. 10 and 12 and supplemental responses and documents for Request for Production Nos. 39, 40, 46, 47, 57, 58, 59, 63, 68, and 69, including electronically stored information and comparator information. Defendants' July 22, 2026 supplemental interrogatory responses did not supplement Interrogatory Nos. 10 and 12, and Defendants have not provided any further supplementation of the interrogatory responses since that time. Defendants have not served a verification signed by Amazon for the supplemental interrogatory responses. Defendants also have not provided supplemental responses to the Requests for Production of Documents as compelled by this Court. Additionally, Defendants have not produced any documents responsive to Plaintiff's Second Set of Requests for Production of Documents that were due September 11, 2026. The parties are also meeting and conferring regarding the deficiencies relating to Plaintiff's first and second set of written discovery served upon Amazon.

The parties must also complete the remaining depositions, which include the following depositions: (1) the continued FRCP 30(b)(6) deposition of Amazon (set for January 13, 2027); (2) Eleazar Fernandez (set for January 7, 2027); (3) Anna Paul (set for January 6, 2027); and (4) Marcella D'Amours (set for January 6, 2027). Depending upon the information produced in Defendants' supplemental responses and learned during the remaining depositions, the parties may conduct additional written discovery and serve third-party subpoenas.

**C. Proposed Schedule for Completing Remaining Discovery.**

The parties propose that the unexpired deadlines be extended ninety (90) days as follows. The initial and rebuttal expert disclosure deadlines have expired and are not affected by this request.

**Discovery Cut-Off Date.** The November 10, 2026, discovery cut-off date shall be extended ninety (90) days to Monday, February 8, 2027.

**Dispositive Motions.** The December 8, 2026, dispositive motions deadline shall be extended ninety (90) days to Monday, March 8, 2027.

**Pretrial Order.** The January 8, 2027, deadline for the Joint Pretrial Order shall be extended ninety (90) days to Thursday, April 8, 2027. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dispositive motions or by further order of the Court.

**D. Good Cause Supports the Request to Extend the Deadlines as Set Forth Herein.**

When a stipulation requires the modification of the scheduling order, the parties must first satisfy the "good cause" standard established by Rule 16(b). See *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 608 (9th Cir. 1992); see also Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."). The good cause inquiry is focused on the movant's reasons for seeking to modify the scheduling order and primarily considers the movant's diligence. *In re W. States Wholesale Nat. Gas Antitrust Litig.,* 715 F.3d 716, 737 (9th Cir. 2013). The key determination is whether the subject deadline "cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson,* 975 F.2d at 609. The Court considers whether relief from the scheduling order is sought based on the development of matters that could not have

been reasonably anticipated at the time the schedule was established. *Jackson v. Laureate, Inc.,* 186 F.R.D. 605, 608 (E.D. Cal. 1999). Courts may also consider whether the movant was diligent in seeking modification of the scheduling order once it became apparent that relief from the deadline at issue was required. *Sharp v. Covenant Care LLC,* 288 F.R.D. 465, 467 (S.D. Cal. 2012).

Good cause supports the parties' request to extend the Discovery Cut-Off, Dispositive Motions, and Pretrial Order deadlines. The parties have diligently pursued discovery throughout this litigation, exchanging and supplementing written discovery, entering a protective order, and conducting the deposition of Plaintiff and the FRCP 30(b)(6) deposition of Amazon. The requested extension is necessitated by developments that could not reasonably have been anticipated. On June 24, 2026, the Court granted Plaintiff's Motions to Compel in relevant part and ordered Defendants to serve supplemental written discovery responses, including electronically stored information and comparator information; those supplemental responses remain outstanding. On September 28, 2026, the Court resolved Plaintiff's Motion for Sanctions and ordered Defendants to file a status report, due October 28, 2026, concerning their compliance with the June 24, 2026 order, and directed the parties to meet and confer regarding the remaining depositions and whether to submit a stipulation to extend the current deadlines.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties have since met and conferred and re-noticed the remaining depositions, including the continued FRCP 30(b)(6) deposition and the depositions of Eleazar Fernandez, Nicholas Dronek, Anna Paul, and Marcella D'Amours after the current discovery cut-off. Despite the parties' diligence, these depositions and the court-ordered written discovery cannot be completed before the current deadlines due to a variety of factors including Defendants' recent production of additional documents on October 28, 2026, witness availability around the holidays, counsel's pre-planned vacations around the holidays, and counsel's scheduling conflicts in other cases.

The parties submit that these circumstances satisfy the required good cause for extending the deadlines referenced above.

The parties hereby stipulate to the aforementioned.

Dated: November 3, 2026

*/s/ Marian L. Massey, Esq.*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
**GREENBERG GROSS LLP**
Nevada Bar No. 14579
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Silvia Uribe*

Dated: November 6, 2026

*/s/ Taylor A. Buono, Esq.*
WENDY M. KRINCEK
Nevada Bar No. 6417
TAYLOR A. BUONO
Nevada Bar No. 15513
**LITTLER MENDELSON, P.C.**
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113

*Attorneys for Defendants*
*Amazon.com Services LLC and*
*Amazon.com, Inc.*

**ORDER**

**IT IS SO ORDERED,** but this Court is not inclined to grant further extensions.

UNITED STATES MAGISTRATE JUDGE

DATED: November 9, 2026